UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
WILLIAM CRAVEN,

                               Plaintiff,

         - against -

CITY OF NEW YORK, *et al.*,

                             Defendants.
---------------------------------------------------------x

**RESCHEDULING ORDER**

20 Civ. 8464 (ER)

The case management conference, presently scheduled for April 3, 2025, is hereby **rescheduled for April 9, 2025, at 11:00 a.m.** before the Hon. Edgardo Ramos in Courtroom 619 at the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York 10007.

    SO ORDERED.

Dated:  New York, New York
         December 27, 2024

                                                               Edgardo Ramos, U.S.D.J.